Jerome FRANKS, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 463, 2016

Supreme Court of Delaware.

Submitted: September 26, 2016

Decided: October 4, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 89K01032DI

DISMISSED.

■

Ronald BRADSHAW, Defendant-
below, Appellant,

v.

STATE of Delaware, Plaintiff-
below, Appellee.

No. 551, 2015

Supreme Court of Delaware.

Submitted: September 21, 2016

Decided: October 5, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1405008502A

AFFIRMED.

■

Nyier STARKS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 237, 2016

Supreme Court of Delaware.

Submitted: October 4, 2016

Decided: October 5, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1205002051 and 1011005945.

DISMISSED.

■

Charles COLBURN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 327, 2016

Supreme Court of Delaware.

Submitted: August 17, 2016

Decided: October 5, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1411002179

AFFIRMED.